# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JUANITA LA NETT McKENZIE                                                            PLAINTIFF

v.                    Case No. 2:15-cv-00191-KGB-JTK

SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

## ORDER

Before the Court is the parties' stipulated voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 20). In the stipulation, the parties represent that plaintiff Juanita La Nett McKenzie and defendant Social Security Administration agree to dismiss without prejudice all of the claims in this case pursuant to Federal Rule of Civil Procedure 41 (*Id.*). Accordingly, the Court hereby dismisses the claims in this case without prejudice.

So ordered this 23rd day of February, 2018.

_____
Kristine G. Baker
United States District Judge